**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Frank C Bojniewicz | ) | Case no. 18-11933 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: A. Benjamin Goldgar |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Frank C Bojniewicz
524 Harvey Lake Dr
Vernon Hills, IL  60061

Geraci Law Llc
55 E Monroe #3400
Chicago, IL 60603

Please take notice that on Friday, June 26, 2020 at 9:15 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with **Court Solutions, LLC.**  You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, June 12, 2020.

/s/ Louise Karmia
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Frank C Bojniewicz | ) | Case no. 18-11933 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: A. Benjamin Goldgar |
| | ) | |

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on April 24, 2018.
2. The debtor plan was confirmed on July 13, 2018.

A Summary of the debtor plan follows:

| | | | | |
|---|---|---|---|---|
| Monthly Payment: | $1,300.00 | | Last Payment Received: | March 25, 2020 |
| Amount Paid: | $28,600.00 | | Amount Delinquent: | $3,900.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

Respectfully Submitted;

/s/ Glenn Stearns
For: Glenn Stearns, Trustee